UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____D.C.

05 DEC 30 AM 7:22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CLIFFORD L. TAYLOR,

    Petitioner,

v.                                                        Cv. No. 05-2750-Ma

DAVID MILLS,

    Respondent.


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Denying Petition Pursuant to 28 U.S.C. § 2241, docketed December 21, 2005.  The issuance of a certificate of appealability under amended 28 U.S.C. § 2253 is denied.  Any appeal in this matter by Petitioner, proceeding *in forma pauperis*, is not taken in good faith.


**APPROVED:**

/s/ Samuel H. Mays, Jr.
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

December 29, 2005
_____
DATE

THOMAS M. GOULD

_____
CLERK

/s/
_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __12-30-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02750 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Clifford Louis Taylor
68980
WEST TENNESSEE STATE PRISON
P.O. BOX 1150
Henning, TN 38041--100

Honorable Samuel Mays
US DISTRICT COURT